THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Phillip M. Gilliard,       
 Appellant.
 
 
 

Appeal From Charleston County
R. Markley Dennis, Jr., Circuit Court Judge

Unpublished Opinion No. 
2005-UP-480
Submitted August 1, 2005  Filed August 8, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Tara S. Taggart, Office of Appellate Defense, of Columbia,
 for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, Office of the
 Attorney General, of Columbia and Solicitor Ralph E. Hoisington, of
 Charleston, for Respondent.
 
 
 

PER CURIAM:  Appellant,
Phillip M. Gilliard, was indicted for and convicted of burglary in the first
degree.  The trial judge sentenced Gilliard to twenty-four years in
prison.  Gilliards counsel attached to the brief a petition to be
relieved as counsel, stating that she had reviewed the record and concluded this
appeal lacks merit.  Gilliard did not file a separate pro se
brief.  We dismiss pursuant to Anders v. California, 386 U.S. 738
(1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991). 
Counsels petition to be relieved is granted.1
APPEAL DISMISSED. 
ANDERSON, HUFF, and WILLIAMS, JJ.,
concur.

1 We decide this case without oral argument pursuant to Rule 215,
SCACR.